IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01350-WJM-BNB

ANDY KERR, Colorado State Representative, et al.,

Plaintiffs,

v.

STATE OF COLORADO,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion for Leave to Substitute Complaint for Injunctive and Declaratory Relief** [docket no. 9, filed June 15, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the Substituted Complaint for filing.

DATED:  June 16, 2011