IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-1350-WJM-BNB

**ANDY KERR**,
COLORADO STATE REPRESENTATIVE;
**NORMA V. ANDERSON;**
**JANE M. BARNES**, MEMBER JEFFERSON
COUNTY BOARD OF EDUCATION;
**ELAINE GANTZ BERMAN**, MEMBER STATE
BOARD OF EDUCATION;
**PAUL BOOTH;**
**ALEXANDER E. BRACKEN;**
**WILLIAM K. BREGAR**, MEMBER PUEBLO
DISTRICT 70 BOARD OF EDUCATION;
**BOB BRIGGS**, WESTMINSTER CITY
COUNCILMAN;
**BRUCE W. BRODERIUS**, MEMBER WELD
COUNTY DISTRICT 6 BOARD OF EDUCATION;
**TRUDY B. BROWN;**
**JOHN C. BUECHNER, PH. D.**, LAFAYETTE
CITY COUNCILMAN;
**STEPHEN A. BURKHOLDER;**
**RICHARD L. BYYNY, M.D.;**
**LOIS COURT**, COLORADO STATE
REPRESENTATIVE;
**THERESA L. CRATER;**
**ROBIN CROSSAN**, MEMBER STEAMBOAT
SPRINGS RE-2 BOARD OF EDUCATION;
**RICHARD E. FERDINANDSEN;**
**STEPHANIE GARCIA**, MEMBER PUEBLO
CITY BOARD OF EDUCATION;
**DICKEY LEE HULLINGHORST**,
COLORADO STATE REPRESENTATIVE;
**NANCY JACKSON**, ARAPAHOE COUNTY
COMMISSIONER;
**WILLIAM G. KAUFMAN;**
**CLAIRE LEVY**, COLORADO STATE
REPRESENTATIVE;
**MARGARET (MOLLY) MARKERT**,
AURORA CITY COUNCILWOMAN;

**MEGAN J. MASTEN;**
**MONISHA MERCHANT**,
MEMBER UNIVERSITY OF COLORADO
BOARD OF REGENTS;
**MICHAEL MERRIFIELD;**
**MARCELLA (MARCY) L. MORRISON;**
**JOHN P. MORSE**, COLORADO STATE SENATOR;
**PAT NOONAN;**
**BEN PEARLMAN**,
BOULDER COUNTY COMMISSIONER;
**WALLACE PULLIAM**;
**FRANK WEDDIG**,
ARAPAHOE COUNTY COMMISSIONER;
**PAUL WEISSMANN**; and
**JOSEPH W. WHITE;**
Plaintiffs,

v.

STATE OF COLORADO
Defendant.

---

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

---

Defendant, through the Colorado Attorney General, respectfully requests leave to exceed this Court's page limitation requirements. In support thereof, Defendant pleads as follows.

Conferral: In accordance with Local Rule 7.1(A), counsel for the parties conferred, and Plaintiffs do not oppose the relief sought herein.

Under this Court's Practice Standard III(B)(2), requests for relief under Fed. R. Civ. P. 12 must be brought in a single motion. In accordance with WJM Practice Standard II(D)(1), motions are not to exceed 15 pages in length without leave of

Court.  An exception from the page limitation may be granted where "the complexity and numerosity of the issues compel briefs of greater length."

The Defendant has defenses and arguments to make in a motion to dismiss that entitle him to argue specific constitutional and other similar defenses that implicate this Court's subject matter jurisdiction to hear Plaintiffs' claims.  The anticipated Motion to Dismiss seeks relief under both Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

This matter is sufficiently complex and multifaceted as to warrant leave to file a Motion to Dismiss in excess of the applicable page limit.  The issues raised by Plaintiffs are significant and have wide public importance.  Plaintiffs' Substitute Complaint is a facial challenge to the structure of Colorado's government. It alleges six claims attacking the constitutionality of the citizen initiative power used to enact The Taxpayer's Bill of Rights (TABOR).  Plaintiffs' claims allege violations of the United States Constitution, the Colorado Constitution and Colorado's Enabling Act.  The issues raised in the motion which warrant dismissal of the case—justiciability and standing—required application of important and nuanced doctrines about the relationship of the courts to other branches of government. While the motion will show that the application of these doctrines to this Complaint is straightforward enough that the case should be resolved at this point, the issues they present are important, substantive doctrines involving important aspects of the separation of powers and other fundamental issues of the structure of our

government. The motion is not based on technicalities of the sort that can often be resolved in a few pages.

The motion has been reduced, edited and cut for brevity and specificity and will not exceed 25 pages in length. Application of the 15 page limit set forth in WJM Practice Standard II(D)(1) would hinder and prejudice the Defendant, while depriving this Court of information and argument necessary to assess Plaintiffs' Complaint. Conversely, waiver of the page limits will permit Defendant to present its Fed. R. Civ. P. 12 arguments and ensure compliance with WJM Practice Standard III(B)(2).

No prejudice will accrue to Plaintiffs if this motion if granted, but Defendant will be prejudiced in his defense of this lawsuit if the motion is not granted.

WHEREFORE, for the foregoing reasons, Defendant respectfully request leave of this Court to exceed the Court's presumptive page limit for motions and that he be allowed to file a brief of no more than 25 pages in length.

*s/Bernie Buescher*
BERNIE BUESCHER
Deputy Attorney General
MEGAN PARIS RUNDLET*
Assistant Attorney General
Attorneys for Defendants
1525 Sherman Street, 7th Floor
Denver, CO  80203
Telephone:  303-866-5163
FAX:  303-866-5443
E-Mail:  bernie.buescher@state.co.us
           megan.rundlet@state.co.us

4

*Counsel of Record

**CERTIFICATE OF SERVICE**

This is to certify that on 9th day of August, 2011, I electronically filed the foregoing Defendant's Unopposed Motion For Leave to Exceed Page Limit with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the following:


David Evans Skaggs
McKenna Long & Aldridge, LLP-Denver
1400 Wewatta Street #700
Denver, CO 80202-5556

Emily L. Droll
Brownstein Hyatt Farber Schreck, LLP-Denver
410 17th Street #2200
Denver, CO 80202-4432

Herbert Lawrence Fenster
McKenna Long & Aldridge, LLP-Denver
1400 Wewatta Street #700
Denver, CO 80202-5556

John A. Herrick
Brownstein Hyatt Farber Schreck, LLP-Denver
410 17th Street #2200
Denver, CO 80202-4432

Lino S. Lipinsky de Orlov
McKenna Long & Aldridge, LLP-Denver
1400 Wewatta Street #700
Denver, CO 80202-5556

Michael F. Feeley
Brownstein Hyatt Farber Schreck, LLP-Denver
410 17th Street #2200
Denver, CO 80202-4432
303-223-1100

*s/Thomas R. Bovee*
THOMAS R. BOVEE
Public Officials Unit
State Services Section
Colorado Attorney General's Office

Case 1:11-cv-01350-WJM -BNB   Document 15   Filed 08/09/11   USDC Colorado   Page 6 of 6