IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.  11-cv-01350-WJM-BNB          Date: November 15, 2011
Courtroom Deputy: Geneva D. Mattei               FTR BNB COURTROOM A-401

ANDY KERR, et al.,                                          Lino S. Lipinsky de Orlov
                                                                       Herbert Fenster
                                                                       John Herrick
                                                                       Michael Feeley
                                                                       Emily Droll

              Plaintiff(s),

v.

JOHN HICKENLOOPER,                                Bernard Buescher
                                                                       Megan Rundlet

              Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:       1:36 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiffs' motion to amend order relating to disclosures under Rule 26(a)(1)(A) [doc.#43; filed 11/3/11] is taken under advisement.**

Court in Recess:       2:27 p.m.       Hearing concluded.    Total time in Court: 00:51

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.