## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker	September 28, 2012	Douglas E. Cressler
Clerk of Court		Chief Deputy Clerk

Mr. William Allen
Mr. Bernard A. Buescher
Mr. Daniel D. Domenico
Mr. Jonathan Patrick Fero
Mr. Maurice Knaizer
Ms. Megan Rundlet
Ms. Kathleen Spalding
Office of the Attorney General for the State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203

**RE:**   12-710, Hickenlooper v. Kerr, et al
          District docket: 1:11-CV-01350-WJM-BNB

Dear Counsel:

Your petition for permission to appeal pursuant to 28 U.S.C. 1292(b) and Fed. R. App. P. 5, has been filed today. Please note your case number above. You will be notified of the court's action on this petition and advised of any further requirements. Any answer to the petition shall be filed with the court within 10 days after the petition is served. See Fed. R. App. P. 5(b)(2).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Emily L. Droll
Michael F. Feeley
Herbert L. Fenster
Sarah Levine Hartley
John A. Herrick
Carrie Elizabeth Johnson
Lino S. Lipinsky de Orlov
David Evans Skaggs
Geoffrey M. Williamson

EAS/ad